## HOPKINS v. TURNER.

Court of Common Pleas.  Kent.  May, 1798.

*Bayard's Notebook, 229.*

A commission had issued to prove the boundaries of lands and, being executed, was returned.   Upon the objection that no notice of the application for the commission was given to Hopkins, the owner of contiguous lands, the Court set aside the commission and proceedings as irregular.